# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKee, Theodore A. | U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 08/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA,
PA. 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii for information)* |
| 2. | TRUSTEE | SYRACUSE UNIVERSITY |
| 3. | DIRECTOR | VERA INSTTUTE OF JUSTICE |
| 4. | BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 5. | BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | 2018 | Pujkee Associates Rental Property | $10,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Rental Property in New York |
| 2. | 2018 | wife's salary with her employer. She is employed as a health care professional doing administrative work on the execuive level. |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SYRACUSE UNIVESITY | JAN 25-26 2018 | SYRACUSE NEW YORK | PARTIAL REIMBURSEMENT FOR BOARD RETREAT | LODGING |
| 2. | SYRACUSE UNIVERSITY | MARCH 1 AND 2 2018 | SYRACUSE NEW YORK | PRESIDE OVER LAW SCHOOL MOOT COURT | AIR FARE AND LODGING |
| 3. | NYU LAW SCHOOL | MARCH 5, 2018 | NEW YORK NEW YORK | PARTICPATE IN LAW SCHOOL PANEL | TRAVEL |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 4. | AMERICAN CONST SOCIETY | MARCH 8 AND 9 | CHICAGO ILL | IMPLICIT BIAS PANEL DISCUSSION = PANELIST | AIR FARE AND LODGING |
| 5. | NYU LAW SCHOOL | APRIL 5 AND 6, 2018 | NEW YORK, NEW YORK | ADMITTED LAW STUDENT INTERVIEWS FOR FELLOWSHIP | TRAVEL AND LODING |
| 6. | FEDERAL JUDGES ASSOC | MAY 7 AND 8 2018 | WASHINGTON, D.C. | FJA CONFERENCE | LODGING |
| 7. | SYRACUSE UNIVERSITY | MAY 10 - 11 2018 | SYRACUSE NEW YORK | TRUSTEES MEETING | LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 3. JOHNSON AND JOHNSON | A | Dividend | J | T | | | | | |
| 4. VERIZON | A | Dividend | J | T | Closed | 7/20/18 | J | B | |
| 5. CISCO | A | Dividend | J | T | | | | | |
| 6. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | K | | |
| 7. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 8. FRANKLIN FLTG RATE FAFRX | A | Dividend | J | T | | | | | |
| 9. CALVERT INCOME FUND (CIFCX) | A | Dividend | J | T | | | | | |
| 10. AMERICAN EURO PACIFIC (AEGFX) | A | Dividend | J | T | | | | | |
| 11. CALVERT GLOBAL WATER FUND (CFWAX) | A | Dividend | J | T | | | | | |
| 12. JOHN HANCOCK MUTUAL FUND | A | Dividend | J | T | | | | | |
| 13. DREYFUS FUND STRUCTRED MID CAP FD CL C (DPSCX) | A | Dividend | J | T | | | | | |
| 14. CARLISLE COMPANIES (CSL) | A | Dividend | J | T | Closed | 06/11/18 | J | B | |
| 15. SENTINEL FUNDS SS CORE A | A | Dividend | J | T | | | | | |
| 16. SENTINEL FUNDS SS MID CAP A | A | Dividend | J | T | | | | | |
| 17. PNC MONEY MARKET ACCOUNT | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. INTEL (INTC) | A | Dividend | J | T | | | | | |
| 19. AMERICAN BALANCED FUND (ABALX) | A | Dividend | J | T | | | | | |
| 20. AMERICAN EURO PACIFIC FUND (AEPGX) | A | Dividend | J | T | | | | | |
| 21. VECTRON CORP (V3S) | A | Dividend | J | T | | | | | |
| 22. AMERICAN CENT MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 23. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 24. GUIDESTONE GLBL BD FD INV (GGBFX) | A | Dividend | J | T | Closed | 03/08/18 | J | B | |
| 25. DELAWARE VALUE FUND (DDVIX) | A | Dividend | J | T | | | | | |
| 26. EATON VANCE FUND INSTITUTIONAL (EIGMX) | A | Dividend | J | T | | | | | |
| 27. FEDERATED TOTAL RETURN BOND FUND | A | Dividend | J | T | Closed | 8/13/18 | J | B | |
| 28. ISHARES RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 29. MAINSTAY EPOCH GLOBAL EQUITY (EPSYX) | A | Dividend | J | T | | | | | |
| 30. OPPENHEIMER DEV MARKETS (ODVYX) | A | Dividend | J | T | | | | | |
| 31. OPPENHEIMER INTL GROWTH FD Y (OIGYX) | A | Dividend | J | T | | | | | |
| 32. POWERSHARES FTS RAFI US 1000 ISIN (PRF) | A | Dividend | J | T | | | | | |
| 33. T. ROWE PRICE MID CAP GROWTH (RPMGX) | A | Dividend | J | T | | | | | |
| 34. T. ROW PRICE INTL DISCOVERY (PRIDX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  ROYCE OPPORTUNITY FD SVCS CL (RYOFX) | A | Dividend | J | T | | | | | |
| 36.  AMERICAN CENTURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 37.  AMERICAN BALANCED FUND (ABALX) SEE SECTION VIII | | | | | | | | | |
| 38.  ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | | | | | |
| 39.  ISHARES RUSSELL 2000 GROWTH (IWO) | A | Dividend | J | T | | | | | |
| 40.  AMER CAPITAL GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 41.  TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 42.  AMERICAN CENTRURY MID CAP VALUE INV SHS (ACMVX) | A | Dividend | J | T | | | | | |
| 43.  DELAWARE VALUE FUND INST (DDVIX) | A | Dividend | J | T | | | | | |
| 44.  BYD CO. LTD (BYDDF) | A | Dividend | J | T | Closed | 04/18/18 | J | A | |
| 45.  ISHARES IBOXX$ HIGH YEILD CORPORATE FUND (HYG) | A | Dividend | J | T | | | | | |
| 46.  SPDR S7P INSURANCE ETF (KIE) | A | Dividend | | | Closed | 06/21/18 | J | | |
| 47.  ISHARES IBOCXX $ INVT GRAD CORP BD (LQD) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 48.  ISHARESW MBS ETF ACTUAL PRICES (MBB) | A | Dividend | J | T | | | | | |
| 49.  POWERSHARFES EM SOVEREIGN BOND USD (PCY) | A | Dividend | J | T | | | | | |
| 50.  SPDR CONSUMER STPL ACTUAL (XLP) | A | Dividend | J | T | | | | | |
| 51.  spdr industrial (XLI) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. SPDR MATERIALS FUND (XLB) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 53. SPDR UTILITES (XLU) | A | Dividend | J | T | Closed | 01/31/18 | J | B | |
| 54. SPDR CONSUMER DISCRETIONARY (XLY) | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 55. SPDR XLY | | | | | Buy (add'l) | 08/31/18 | J | | |
| 56. VANGUARD FINANCIAL ETF (VFH) | A | Dividend | J | T | | | | | |
| 57. HEALTH CAFRE SELECT (XLV) | A | Dividend | J | T | | | | | |
| 58. VANGUARD INFORMATIN TECH ETF (VGT) | A | Dividend | J | T | | | | | |
| 59. ISHARES 3-7 YEAR TREAS BOND ETF (IEI) | A | Dividend | J | T | | | | | |
| 60. ISHARES MSCI EAFE ACTUAL PRICES (ES) | A | Dividend | J | T | | | | | |
| 61. POWERSHARES PREFERRED PORTFOILIO | A | Dividend | J | T | Open | 06/26/17 | J | | |
| 62. VANGUARD SHORT TERM BOND (BSV) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 63. SPDR REAL ESTATE SELECT SECTOR (XLRE) | A | Dividend | J | T | | | | | |
| 64. VANGUARD INTERMED BOND FUND ETF (BIV) | A | Dividend | J | T | | | | | |
| 65. VANECK VECTORS J.P. MORGAN EM LOCAL (EMLC) | A | Dividend | J | T | Closed | 06/20/18 | J | A | |
| 66. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | | | | | |
| 67. AMERICAN NEW PERSEPCTIVE FD INC CL (ANWPX) SEE SEC VIII | A | Dividend | J | T | | | | | |
| 68. AMERICAN WASHINGTON MUT INVESTORS FUND (AWSHX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AMERICAN CAPITAL WORLD GROWTH (CWGIX) SEE SECTION VIII | | | | | | | | | |
| 70. AMEICAN BOND FUND OF AMERICA (ABNDX) SEE SECTION VIII | | | | | | | | | |
| 71. ISHARES MSC EAFE ACUTAL PRICES (ES) SEE SECTION VIII | | | | | | | | | |
| 72. ISHARES INC COFE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | | | | | |
| 73. SPDR CONSMRS STPL ACTUAL (XLP) | A | Dividend | J | T | | | | | |
| 74. REAL ESTATE SELECT SPDR (XLRE) | A | Dividend | J | T | Sold (part) | 03/06/18 | | | |
| 75. VANGARD NTERMEDIATE BOND ETF (BIV) | A | Dividend | J | T | | | | | |
| 76. ISHARFES MBS ETF TRADE (MBB) | A | Dividend | J | T | | | | | |
| 77. SPDR CONMRS STPLE (XLP) | A | Dividend | J | T | | | | | |
| 78. MATERIALS SELECT SECTOR SPDR (XLB) | A | Dividend | J | T | | | | | |
| 79. SECTOR UTIITIES SPDR (XLU | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 80. MATERIALS SELECT SPDR (XLB) | A | Dividend | J | T | | | | | |
| 81. SPDR S&P INSRUANCE ETF (KIE) | A | Dividend | J | T | | | | | |
| 82. CONSUMER DISCRETIONARY SPDR (XLY) | A | Dividend | J | T | Sold (part) | 09/25/17 | J | A | |
| 83. VANGUARD FINANCIALS ETF ACTUL PRICE (VFH) | A | Dividend | J | T | Buy (add'l) | 03/28/18 | J | | |
| 84. ISHARES NASDAQ BIOTECH ETF (IBB) | A | Dividend | J | T | | | | | |
| 85. FRANKLIN FLOATIG RATE DAILY ACCESS (FAFRX) | A | Dividend | J | T | Sold (part) | 10/09/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. VANGUARD TELECOM ETF (VOX) | A | Dividend | J | T | | | | | |
| 87. SECTOR INDUSTRIAL SPDR (XLI) | A | Dividend | J | T | | | | | |
| 88. ISHARES INC CORE MSCI EMERGING MKTS (IEMG) | A | Dividend | J | T | | | | | |
| 89. VANGUARD INFORMATION TECH ETF (VGT) | A | Dividend | J | T | Sold (part) | 03/08/18 | J | B | |
| 90. VGT | | | | | Sold (part) | 08/29/18 | J | B | |
| 91. ISHARES IBOXX $ INVT GRADE CORP BD LQD) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 92. ISHARES MSCI EAFE ACTUAL PRICES (EFA) | A | Dividend | J | T | | | | | |
| 93. VANGUARD INTERMEDIATE TERM BOND ETF (BIV) | A | Dividend | J | T | | | | | |
| 94. SECTOR SPDR CONSUMERS STIPL (XLP) | A | Dividend | J | T | | | | | |
| 95. VANUARD SHORT TERM BOND (BSV) | A | Dividend | J | T | Buy (add'l) | 06/21/18 | J | | |
| 96. ISHARFES 3-7 YEAR TREASURY BOND ETF (IEI) | A | Dividend | J | T | | | | | |
| 97. ISHARES MBS ETF ACTUAL PRICE (MBB) | A | Dividend | J | T | | | | | |
| 98. POWERSHARES EM SOVEREIGN BOND USD (PCY) | A | Dividend | J | T | | | | | |
| 99. VANGUARD FINANCIALS ETF (VFH) | A | Dividend | J | T | | | | | |
| 100. MATERIALS SELECG SECTOR SPDR (XLB) | A | Dividend | J | T | | | | | |
| 101. SPDR S&P INSURANCE ETF (KIE) | A | Dividend | J | T | | | | | |
| 102. MATERIALS SELECT SECTOR SPDR FUND (XLB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR S&P INSURANCE ETF (KIE) | A | Dividend | J | T | Buy (add'l) | 12/08/17 | J | | |
| 104. VANGUARD FINANCIAL ETF ACTUAL (VFH) | A | Dividend | J | T | | | | | |
| 105. MATERIALS SELECT SPDR FUND A (XLB) | A | Dividend | J | T | Buy (add'l) | 01/31/18 | J | | |
| 106. VANGUARD INFORMATION TECH ETF (VGT) | A | Dividend | J | T | | | | | |
| 107. OPPENHEIMER INTL GROWTH FD Y | A | Dividend | J | T | | | | | |
| 108. T. ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | Buy (add'l) | 01/19/18 | J | | |
| 109. EATON VANCE GLOBAL MACRO ABSLE TR CL I SEE SECT VIII | A | Dividend | J | T | Open | 01/19/18 | J | | |
| 110. PIMCO REAL RETURN FUND CL 12 | A | Dividend | J | T | | | J | | |
| 111. PGIM JENNISON GROWTH CL Z | A | Dividend | | | Closed | 06/12/18 | J | A | |
| 112. FEDERATED SHT INTER TOTAL RETURN B IS | A | Dividend | | | Closed | 08/13/18 | J | C | |
| 113. FEDERATED TOTAL RETURN BOND IS | A | Dividend | J | T | Open | 01/05/18 | J | | |
| 114. LORD ABBETT SHORT DURATION INCOME CL F | A | Dividend | J | T | | | | | |
| 115. EATON VANCE GLOBAL MACRO ABSLTE RT CL I | A | Dividend | J | T | Buy (add'l) | 01/05/18 | J | | |
| 116. TIAA-CREFF (VARIOUS FUNDS - SEE SECTION VIII) | | | | | | | | | |
| 117. AMAZON (AMZN) | A | None | K | T | Open | 2/8518 | J | | |
| 118. AMAZON | | | | | Buy (add'l) | 2/22/18 | K | | |
| 119. CISCO (CSCO) | B | Dividend | J | T | Buy (add'l) | 3/29/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. CISCO | A | Dividend | J | T | Buy (add'l) | 3/29/18 | J | | |
| 121. METROPOLITAN WEST TOTAL RETURN CLASS I | A | Distribution | | | Open | 01/04/17 | J | | |
| 122. METROPOLITAN WEST TOATL RETURN CLASS I (MWTIX) | A | Dividend | | | Closed | 6/13/17 | K | C | |
| 123. ISHARES EXPONENTIAL TECH (XT) | A | Dividend | J | T | Buy (add'l) | 8/8/18 | J | | |
| 124. ISHARES EXPONENTIAL TECH (XT) | A | Dividend | J | T | Open | 7/20/18 | J | | |
| 125. ISHARES (XT) | A | Dividend | K | T | Buy (add'l) | 7/20/18 | J | | |
| 126. ISHARES XT | A | Dividend | J | T | Buy (add'l) | 8/9/18 | J | | |
| 127. JD.COM (JD) | A | Dividend | J | T | Open | 1/12/18 | J | | |
| 128. ALIBABA (BABA) | A | Dividend | J | T | Open | 2/16/18 | J | | |
| 129. AMERICAN TOWER (AMT) | A | Dividend | J | T | Open | 3/8/18 | J | | |
| 130. AMERICAN TOWER (AMT) | | | | | Closed | 7/20/18 | J | A | |
| 131. TELADOC (TDOC) | A | Dividend | J | T | Open | 6/11/18 | J | | |
| 132. GLOBAL X AUTONOM ELECTRIC ETF | A | Dividend | J | T | Open | 6/22/18 | J | | |
| 133. AI POWERED EQUITY ETF (AIEQ) | A | Dividend | J | T | Open | 6/22/18 | J | | |
| 134. AVX CORP (AVX) | A | Dividend | J | T | Open | 7/9/18 | J | | |
| 135. AVX | A | Dividend | J | T | Buy (add'l) | 8/9/18 | J | | |
| 136. ALIBABA | | None | | | Sold | 8/9/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A. | 08/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions ▓▓▓▓▓ I have an informal partnership that owns one rental property with 4 units. That is the only thing the partnership owns and it was formed specifically for the purpose of owning that building. I am the general partner.

Part III - Non INvestment Income

▓▓▓▓▓ I netted approximately $10,000 from a rental property we own. We have owned this property for many years but it was never really intended to produce income. Rather, it is a multi unit dwelling ▓▓▓▓▓▓▓▓▓▓▓▓ had an apartment prior to their death. We purchased it primrilly for their support, not for income.

SECTION VII:

LINE 135 VANGUARD TELECOME ETF (VOX): THIS SECURITY WAS LISTED AS A PARTIAL SALE ON DECEMBER 8 2017 FOR MY 2017 FDR. AFTER CHECKING IN PREPARING THIS REPORT, I REALIZED THAT WAS A TOTAL SALE AND SHOULD HAVE INDICATED THAT IT WAS CLOSED ON THAT DATE.

LINE 145 EATON VANCE GLOBAL MACRO ABSLE TR CL 1 - THIS WAS CLOSED OUT ON MY 2017 FDR; BUT OPENED AGAIN WITH A NEW PURCHASE BELOW THE REPORTABLE THRESHOLD ON 1/5/2018; BECAUSE THAT TRANSACTION NEED NOT REPORTED I HAVE INDICATED THAT THE POSITON WAS OPENED WITH THE ACQUISITION REPORTED ON THIS LINE. IN REALITY, THIS PURCHASE REALLY DID NOT "OPEN" THE POSITION.

LINE 40: AMERICAN BALANCED FUND ABALX WAS LISTED AS A PARTIAL SALE ON 6/17/17 OF LAST YEARS FDR. THAT SHOULD HAVE BEEN A TOTAL DISPOSITION AND CLOSED POSITION. THE VALUE CODE WOULD HAVE BEEEN J AND GAIN CODE B; MARKET SALE

LINE 70 AMERICAN NEW PERSPECTIVE FD INC CL (ANWPX) THE SALE LISTED ON MY 2017 FDR FOR 6/26/17 WITH THE CODES THERE REPORTED, ACTUALLY CLOSED THE POSITION.

LINE 72: AMERICAN CAPITAL WORLD GROWTH (GWGIX): THE SALE LISTED ON MY 2017 FDR FOR 6/26/17 WITH THE CODES THERE REPORTED, ACTUALLY CLOSED THE POSITION.

LINE 73: AMERICAN BOND FUND OF AMERICA (ABNDX): THE SALE LISTED ON MY 2017 FDR FOR 6/26/17 WITH THE CODES THERE REPORTED, ACTUALLY CLOSED THE POSITION.

LINE 74: ISHARES MSC EAFE ACTUAL PRICES (ES): THE SALE LISTED ON MY 2017 FDR FOR 6/26/17 WITH THE CODES THERE REPORTED, ACTUALLY CLOSED THE POSITION.

LINE 94 HEALTH CARE SELECT SPDR (XLV): THE SALE LISTED FOR 9/25/17 ON MY 2017 FDR WAS A PARTIAL DISPOSITION THAT WAS INCORRECTLY REPORTED AS "CLOSED". THE SECURITY IS STILL HELD BY US. THERE WERE NO TRANSACTIONS IN 2018 THAT ARE ABOVE THE THRESHOLD FOR REPORTING. I HAVE REPORTED THE VALUE AT THE END OF THE REPORTING PERIOD AND INCOME DURING THE PERIOD.

SECTION VII, LINE 154 TIAA-CREF: THE FOLLOWING IS A LIST OF ALL OF THE INVESTMENTS HELD AT TIAA-CREF IN AN ACCOUNT FOR ▓▓▓▓▓▓▓▓▓▓▓▓

Pension:
TIAA Traditional
TIAA Real Estate
CREF Bond Market R2
CREF Inflation-Linked Bond R2
CREF Money Market R2
CREF Global Equities R2
CREF Stock R2
Vanguard Total Bond Market Index Fund Admiral
TIAA-CREF Lifecycle Index 2015 Fund – Retirement Class

Brokerage:
Dreyfus Government Securities Cash management Investor Shares
Baird Core Plus Bond Fund Inst. Class
Delaware Small-Cap Value Fund (Inst. Class)
Federated institutional High Yield Bond fund
Harding Loevner International Equity Portfolio Inst. Class
Harding Loevner Inst. Emerging Markets Class I
Hartford Emerging Markets Equity Fund Class Y

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Ishares TR Russell 2000 Growth ETF
Ishares TR MSCI EAFE Small Cap ETF
John Hancock Disciplined Value Fund Class I
Lord Abbett Short Duration Income Fund Class I
TIAA-CREF Large Cap Value Index Fund Inst. Class
TIAA-CREF Large Cap Growth Index Fund Inst.
Wells Fargo Special Mid Cap Value Fund Class I
Clearbridge Large Cap Growth Fund Class IS
Western Asset Core Bond Fund Class IS
Victory RS Mid Cap Growth Fund Class Y
Janus Henderson International Fund Class N
Fidelity Advisors New Markets Income Funds Class I

Retail Mutual Funds:
TIAA-CREF 5-15 Year Laddered Tax-Exempt Bond Retail
TIAA-CREF Lifecycle Retirement Income Fund – Retail Class
TIAA-CREF Equity Index Fund – Retail Class
TIAA-CREF Money Market Fund – Retail Class

AS I HAVE EXPLAINED BEFORE, WE HAVE ABSOLUTELY NO INVOLVEMENT IN THE SELECTION, PURCHASE OR DISPOSTION OF INVESTMENTS IN THESE ACCOUNTS (MOST OF THE ACCTS ARE IRAS) WE SIMPLY WORK WITH OUR TIAA CREFF FINANCIAL ADVISOR AND AGREE ON THE AMOUNT OF RISK WE ARE COMFORTABLE WITH. HE AND HIS ASSOCIATES THEN SELECT INVESTMENTS AND INVESTMENT CLASSES THAT ARE CONSISTENT WITH OUR INVESTMENT OBJECTIVES AND RISK TOLERANCE.

AS I

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theodore A. McKee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544